## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 18, 2007*

[Cite as *01/18/2007 Case Announcements,* 2007-Ohio-151.]

## MOTION AND PROCEDURAL RULINGS

**2006–0294. State v. Crager.**
Marion App. No. 9–04–54, 2005-Ohio-6868. This cause is pending before the court as an appeal from the Court of Appeals for Marion County. Upon consideration of amicus curiae Ohio Attorney General Marc Dann's motion to participate in oral argument,

It is ordered by the court that the motion is granted and the amicus shall share the time allotted to the appellant.